UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| THOMAS W. BURTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | 1:11-cv-0267-JMS-TAB |
| | ) | |
| THE CITY OF FRANKLIN, et al., | ) | |
| | ) | |
| Defendants | ) | |

**Entry Concerning Selected Matters**

The court, having considered the above action and the matters which are pending, makes the following rulings:

1. The plaintiff's motion for reconsideration [39] is **denied.** *See Patel v. Gonzales* 442 F.3d 1011, 1015-1016 (7th Cir. 2006) ("A motion to reconsider asks that a decision be reexamined in light of additional legal arguments, a change of law, or an argument that was overlooked earlier . . . ."). In this instance, due consideration was given to the plaintiff's claims and the motion to dismiss of defendants Burton and Mears, and the proper ruling was made as to that motion. The portion of the motion for reconsideration in which the possible filing of a supplemental complaint is mentioned is barren of the suggestion of the content of such a document; the court cannot and will not speculate as to such matter.

2. The motion to dismiss of defendants the City of Franklin, Mayor Fred L. Paris, and Franklin Police Chief Stan Lynn is fully at issue based on the plaintiff's failure to respond to such motion and the passage of the deadline by which a response by him was to be filed.

**IT IS SO ORDERED.**

Date: 11/15/2011

*Jane Magnus-Stinson*
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

All Electronically Registered Counsel

Thomas W. Burton
67 Sebring Ct.
Whiteland, IN 46184